UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN SHELDON POE,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>SYDA K. COGLIATI,<br><br>　　　　　Respondent. | Case No. 24-cv-00936 BLF (PR)<br><br>**JUDGMENT** |

　　　The Court has dismissed the above action for lack of habeas jurisdiction. Judgment is entered accordingly.

　　　The Clerk shall close the file.

　　　**IT IS SO ORDERED.**

Dated: ___June 25, 2024_____

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　BETH LABSON FREEMAN
　　　　　　　　　　　　　　　　　　　United States District Judge

Judgment
PRO-SE\BLF\HC.24\00936Poe_judgment